UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Catherine Poulos Kasidonis,

    Plaintiff,

        v.                               Case No.   1:15cv285

State Auto Insurance Company,           Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on October 11, 2016 (Doc. 40).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 40) of the Magistrate Judge is hereby **ADOPTED.** Plaintiff's Motion for Leave to Proceed *In Forma Pauperis on* Appeal (Doc. 39) is **DENIED.** Consistent with the Recommendation by the Magistrate Judge, and pursuant to Fed. R. App. P. 24(a)(4), plaintiff may file, within thirty (30) days after service of this Order, a motion with the Sixth Circuit Court of Appeals for leave to proceed as a pauper on appeal. C*allihan v. Schneider,* 178 F.3d 800, 803 (6th Cir. 1999), *overruling inpart Floyd v. United States Postal Service,* 105 F.3d 274 (6th Cir. 1997). Plaintiff's motion must include a

1

copy of the affidavit filed in the District Court and the District Court's statement of the reasons for denying pauper status on appeal. *Id.; see* Fed. R. App. P. 24(a)(5).

Plaintiff is notified that if she does not file a motion within thirty (30) days of receiving notice of the District Court's decision as required by Fed. R. App. P. 24(a)(5), or fails to pay the required filing fee of $505.00 within this same time period, the appeal will be dismissed for want of prosecution. *Callihan,* 178 F.3d at 804. Once dismissed for want of prosecution, the appeal will not be reinstated, even if the filing fee or motion for pauper status is subsequently tendered, unless plaintiff can demonstrate that she did not receive notice of the District Court's decision within the time period prescribed for by Fed. R. App. P. 24(a)(5). *Id.*

**IT IS SO ORDERED.**

                                           */s/ Michael R. Barrett*
                                       Michael R. Barrett
                                       United States District Judge